# Court of Appeals
# of the State of Georgia

ATLANTA,  April 30, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1259. AARON LUCAS WARD v. THE STATE.**

Aaron Lucas Ward was charged with possession of marijuana and other offenses. The trial court ordered him to pay a pre-trial bond, but thereafter revoked his bond. Ward then filed this direct appeal. We lack jurisdiction.

In order to obtain review of an order regarding pre-trial bond, Ward was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review within ten days of the order to be appealed and filing an application within ten days of the certificate. See *Mullinax v. State*, 271 Ga. 112, 112 (1) (515 SE2d 839) (1999); *Howard v. State*, 194 Ga. App. 857, 857 (392 SE2d 562) (1990). Ward's failure to follow the interlocutory appeal procedure deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Mullinax*, 271 Ga. at 112 (1); *Howard*, 194 Ga. App. at 857.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/30/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*